UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Hartley,                                             Civil 07-3601 JMR/FLN

      Plaintiff,

v.                                                             O R D E R

Alberto R. Gonzales, et al.,

      Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 30, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED for lack of prosecution.

DATED: February25, 2008.          s/James M. Rosenbaum
at Minneapolis, Minnesota         CHIEF JUDGE JAMES M. ROSENBAUM
                                                United States District Court